```
1   NIALL E. LYNCH (State Bar No. 157959)
    MICHAEL L. SCOTT (State Bar No. 165452)
2   HEATHER S. TEWKSBURY (State Bar No. 222202)
    ALEXANDRA J. SHEPARD (State Bar No. 205143)
3   DAVID J. WARD (State Bar No. 239504)
    Antitrust Division
4   U.S. Department of Justice
    450 Golden Gate Avenue
5   Box 36046, Room 10-0101
    San Francisco, CA  94102
6   Telephone: (415) 436-6660

7   Attorneys for the United States
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | [PROPOSED] ORDER GRANTING STIPULATION OF RELATED CASE IN A CRIMINAL ACTION<br><br>Case No. M 07-1827 SI |
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD.,<br><br>Defendant. | Case No.  CR-08-0804 SI |
| UNITED STATES OF AMERICA<br><br>v.<br><br>LG DISPLAY CO. LTD. and<br>LG DISPLAY AMERICA, INC.,<br><br>Defendants. | Case No.  CR-08-0803 SI |

[CAPTION CONTINUED ON NEXT PAGE]

///

///

[PROPOSED] ORDER ON RELATED CASE - PAGE 1
Case No. CR-10-0335 JSW

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHARP CORP.,<br><br>          Defendant. | Case No. CR-08-0802 SI |
| UNITED STATES OF AMERICA<br><br>v.<br><br>HITACHI DISPLAYS LTD.,<br><br>          Defendant. | Case No. CR-09-0247 SI |
| UNITED STATES OF AMERICA<br><br>v.<br><br>EPSON IMAGING DEVICES CORPORATION,<br><br>          Defendant. | Case No. CR-09-0854 SI |
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHI MEI OPTOELECTRONICS CORPORATION,<br><br>          Defendant. | Case No. CR-09-1166 SI |
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHU-HSIANG "JAMES" YANG,<br><br>         Defendant. | Case No. CR-10-0335 JSW |

## [PROPOSED] ORDER

This Court has considered the Stipulated Notice of Related Case in a Criminal Action under Crim. L. R. 8-1, jointly filed by the United States and Defendant Chu-Hsiang "James" Yang. Because the assignment of <u>United States v. Chu-Hsiang "James" Yang</u>, CR-10-0335

[PROPOSED] ORDER ON RELATED CASE - PAGE 2
Case No. CR-10-0335 JSW

1 | JSW, to Judge Susan Illston is likely to conserve judicial resources and promote an efficient
2 | determination of the action, it is ordered that this case is transferred to Judge Illston.

3 | Date: April __27, 2010

*Susan Illston*
U.S. District Court Judge

[PROPOSED] ORDER ON RELATED CASE - PAGE 3
Case No. CR-10-0335 JSW