NIALL E. LYNCH (State Bar No. 157959)
MICHAEL L. SCOTT (State Bar No. 165452)
HEATHER S. TEWKSBURY (State Bar No. 222202)
ALEXANDRA J. SHEPARD (State Bar No. 205143)
DAVID J. WARD (State Bar No. 239504)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. CR 10- 0335 SI |
| v. | STIPULATION AND [PROPOSED] ORDER FOR EXPEDITED SENTENCING UNDER L.R. 32-1(b) |
| CHU-HSIANG "JAMES" YANG, | DATE: April 30, 2010 |
| Defendant. | TIME: 11:00 a.m. COURT: Hon. Susan Illston |

On April 23, 2010, the United States filed a one-count information charging Chu-Hsiang "James" Yang ("Defendant") with participating in a conspiracy to suppress and eliminate competition by fixing the prices of thin-film transistor liquid crystal display panels sold in the United States and elsewhere, in violation of the Sherman Antitrust Act, 15 U.S.C. §1. The Defendant is scheduled for a change of plea and possible sentencing on April 30, 2010. The Defendant will waive Indictment and plead guilty under Fed. R. Crim. P. 11 (c) (1) (C). The United States and the Defendant have filed a joint sentencing memorandum describing the material terms of the plea agreement and the agreed upon sentencing recommendation.

/ / /

/ / /

/ / /

[PROPOSED] ORDER                               1

IT IS HEREBY STIPULATED AND AGREED as follows:

The United States and the Defendant request that the Court sentence the Defendant on an expedited basis pursuant to Crim. L.R. 32-1(b), on April 30, 2010. The United States and Defendant respectfully submit that the Joint Sentencing Memorandum and the Plea Agreement provide sufficient information for the Court to impose a sentence on April 30, 2010, the same date as the change of plea hearing, without a presentence report.

Dated: April 21, 2010

Respectfully submitted,

BY: /s/ William E. Lawler, III
William E. Lawler, III
Vinson & Elkins LLP
The Willard Office Building
1455 Pennsylvania Avenue NW, Suite 600
Washington, DC 20004-1008
Tel (202) 639-6676
Fax: (202) 879-8876

Counsel for Chu-Hsiang "James" Yang

BY: /s/ Niall E. Lynch
Niall E. Lynch
Michael L. Scott
Heather S. Tewksbury
Alexandra J. Shepard
David J. Ward
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Tel: (415) 436-6660
Fax: (415) 436-6687

Based on the stipulation of the parties, and for good cause shown,

IT IS SO ORDERED:

Susan Illston
United States District Judge